# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 22, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154622

PATRICIA MERCHAND,
      Plaintiff-Appellee,

v

                                   SC: 154622
                                   COA: 327272
                                   Ingham CC: 12-001343-NH

RICHARD L. CARPENTER, M.D.,
      Defendant-Appellant,

and

MID-MICHIGAN EAR, NOSE,
AND THROAT, P.C.,
      Defendant.
_____/

      On order of the Court, the application for leave to appeal the August 2, 2016 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1).

      The appellant shall file a supplemental brief within 42 days of the date of this order addressing whether the medical records and testimony sought to be admitted were admissible under MRE 404(b). In addition to the brief, the appellant shall electronically file an appendix containing the items listed at MCR 7.312(D)(2). The appellee shall file a supplemental brief within 21 days of being served with the appellant's brief. The appellee shall also electronically file an appendix, or in the alternative, stipulate to the use of the appendix filed by the appellant. A reply, if any, must be filed by the appellant within 14 days of being served with the appellee's brief. The parties should not submit mere restatements of their application papers.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 22, 2017



a0919

Clerk